UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL, LATASHA BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>NEWSOME, CDCR, PAT VASQUEZ,<br><br>Defendants. | Case No. 1:23-cv-00224-HBK (PC)<br><br>ORDER DIRECTING CLERK TO SEND PLEADING TO APPROPRIATE INSTITUTIONAL OFFICIAL<br><br>(Doc. No. 1) |

The court regularly receives pleadings or notices from confined persons who have initiated a *pro se* action in this court which contain allegations of danger of death, suicide, or threats of imminent serious physical harm to themselves or to others. In an abundance of caution, the court expedites notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

Accordingly, it is ORDERED**:**

1. The Clerk of Court shall forward a copy of pro se pleading titled "Temporary Restraining Order, Preliminary Injunctive Relief, Release to Community, Transfer to Federal Custody or Out-of-State, Imminent Danger, PREA SB132" (Doc. No. 1) which contains such

allegations to the appropriate officials at Central California Women's Facility for handling as officials deem appropriate.

    2. The Clerk shall indicate on the docket the name of the official(s) to whom notice was provided and upon receipt the official shall confirm receipt thereof.

    3. This Order is not a ruling on the allegations or relief requested in the pleading or the merits of allegations contained in the pleading but is provided for informational purposes only. *No response is required from officials to the Order.*

Dated:    February 17, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE