1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TREMAYNE DEAN CARROLL et al., | Case No.  1:23-cv-00224-ADA-HBK (PC) |
| 12            Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL |
| 13       v. | (ECF No. 8) |
| 14  NEWSOM et al., | ORDER DENYING PLAINTIFF'S MOTION |
| 15            Defendants. | FOR A TEMPORARY RESTRAINING ORDER |
| 16 | (ECF No.  1) |
| 17 | |

18          The assigned Magistrate Judge issued findings and recommendations recommending that

19    Plaintiff's Motion for a Temporary Restraining Order ("Motion for TRO"), filed on February 8,

20    2023, be denied.  (ECF No. 1.)  Plaintiff filed objections to the findings and recommendations.

21    (ECF No. 10.)

22          Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds

23    the findings and recommendations to be supported by the record and proper analysis.  As the

24    Magistrate Judge noted in her findings and recommendations, Plaintiff did not follow the

25    procedural requirements for a Temporary Restraining Order.  (ECF No. 8 at 3.)  Further, Plaintiff's

26    Motion is devoid of any facts alleging wrongdoing by either of the two named Defendants, which

27    precludes injunctive relief of any kind.  (*Id*. at 4).  Finally, while Plaintiff filed objections to the

28    Magistrate Judge's findings and recommendations, the objections do not articulate a cognizable

basis for rejecting the findings and recommendations, fail to object to any specific finding, and repeat many of the allegations in her Motion for TRO.  (*See generally* ECF No. 10).

Plaintiff's filing also includes requests for (1) a 90-day extension of time, (2) appointment of counsel, and (3) "reconsideration of TRO" which the Court construes as a Request for Reconsideration as to an unspecified order.  (*Id*. 10 at 1).  The Magistrate Judge previously denied the construed Motion for Extension of Time and Motion for Appointment of Counsel.  (ECF No. 11).  To the extent Plaintiff wishes to file a Request for Reconsideration as to a final ruling in this matter, she must comply with the procedural requirements of Local Rule 303(c) including "specifically designat[ing] the ruling, or part thereof, objected to and the basis for that objection." E.D. Cal. R. 303(c); *see also* Fed. R. Civ. P. 72.

According to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Thus, the Court **ORDERS**:

1. The findings and recommendations issued by the Magistrate Judge on February 21, 2023, are **ADOPTED IN FULL**.

2. Plaintiff's Motion for a Temporary Restraining Order, filed on February 8, 2023, is **DENIED**.

IT IS SO ORDERED.

Dated:    June 30, 2023

UNITED STATES DISTRICT JUDGE